UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

In Re:   Priscilla Pat Peterson                                    Case No. 19-10057-DER
                                                                   Chapter 13

**********************************
Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F, Movant (Carrington Mortgage Services, LLC, Servicer)
vs.

Priscilla Pat Peterson, Debtor
                      Respondent(s)

## NOTICE OF DEFAULT AND NOTICE OF TERMINATION OF AUTOMATIC STAY

The Debtor has failed to comply with the Consent Order and Stipulation Modifying Automatic Stay entered June 15, 2021, in the following manner:

The Debtor should have paid the regular monthly payments in the amount of $993.41 per month for the months of June 2021 through March 2022. "Additional" monthly payments should have been made in the amount of $368.83 per month for the months of June 2021 through October 2021 and 278.82 for the month of November 2021. The debtor has paid $1,986.82. The amount necessary to cure the default is therefore $10,170.25, which includes attorney's fees and costs in the amount of $100.00. **All subsequent payments and late charges that come due after the filing of this notice must be included in the payment to cure the default.**

Under the provisions of the Consent Order, the stay of Section 362 (a) will terminate and the Movant will resume the foreclosure of its Deed of Trust recorded among the land records of County of Middlesex, Virginia, and which is secured by the property of the Debtors at **61**

19-700102

**Smokey Pt Road, Water View, Virginia 23180**, unless the default noted is cured within ten (10) days from the date this notice is filed. The Consent Order applies to proceedings for possession of the property after foreclosure.

    Signed and mailed this 8th day of April, 2022.

Respectfully submitted:

*/s/ Kevin Feig, Esq. (kf 4/4/22)*
Kevin Feig, Esq.
Attorney for Movant
Bar No. 15202
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcymd@mwc-law.com

19-700102

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April 2022 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Brian A. Tucci
Brian A. Tucci, Chapter 13 Trustee
300 E Joppa Road, Suite 409
Towson, Maryland  21286
ECF@ch13balt.com

David L. Ruben
Law Offices of David Ruben
7310 Ritchie Highway
Suite 704
Glen Burnie, Maryland  21061
sue@mdbankruptcycenter.com

I hereby further certify that on the 8th day of April 2022, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Priscilla Pat Peterson
3335 Dolfield Ave
Baltimore, Maryland  21215
(Via U.S Mail)

*/s/ Kevin Feig, Esq.*
Kevin Feig, Esq.

19-700102